# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-08-00238-CV

**In re Nathan Macias**

## ORIGINAL PROCEEDING FROM COMAL COUNTY

## M E M O R A N D U M   O P I N I O N

Relator has filed an emergency motion for temporary relief and a petition for writ of mandamus. *See* Tex. R. App. P. 52.8, 52.10. Having reviewed the motion and petition, the record, and the response filed by the real party in interest, we deny the motion for temporary relief and the petition for writ of mandamus.

_____

David Puryear, Justice

Before Chief Justice Law, Justices Puryear and Waldrop

Filed:  May 1, 2008